```
              IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF OREGON


DELFORD M. SMITH,                        05-CV-372-AS

        Plaintiff,
                                         ORDER
v.

CARSON COLE; DEBTTRADERS,
INC.; DEBTTRADERS GROUP,
INC.; AND DEBTTRADERS, LTD.,

        Defendants.


PAUL T. FORTINO,
THOMAS R. JOHNSON,
STEPHANIE K. HINES
1120 NW Couch Street
10th Floor
Portland, OR 97209-4128
(503) 727-2000

JAY GOFFMAN
Skadden Arps Meagher & Flom, LLP
Four Times Square
New York, NY 10036
(212) 735-2120

        Attorneys for Plaintiff

1 - OPINION AND ORDER
```

...

**JAN K. KITCHEL**
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
(503)796-2939

**MARTIN H. KAPLAN**
**BRIAN D. GRAIFMAN**
Gusrae Kaplan Bruno & Nusbaum, PLLC
120 Wall Street
New York, NY 10005
(212) 269-1400

      Attorneys for Defendant Carson Cole

**TIMOTHY S. DEJONG**
Stoll Stoll Berne Lokting & Shlachter, PC
209 S.W. Oak Street
Fifth Floor
Portland, OR 97204
(503) 227-1600

      Attorneys for Defendants DebtTraders, Inc,; DebtTraders
      Group, Inc.; and DebtTraders, Ltd.

**BROWN, Judge.**

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a), Magistrate Judge Donald C. Ashmanskas issued an Opinion and Order (#48) on March 2, 2006, in which he granted Defendant Carson Cole's Motion to Disqualify Counsel (#34).  Defendant Cole has requested review of Magistrate Judge Askmanskas's ruling.

    "Pretrial orders of a magistrate judge under § 636(b)(1)(A) are reviewable under the 'clearly erroneous and contrary to law' standard; they are not subject to de novo determination as are a magistrate judge's proposed findings and recommendations under

2 - OPINION AND ORDER

'636(b)(1)(B)."  *Merritt v. Int'l Bhd. of Boilermakers*, 649 F.2d 1013, 1017 (5th Cir. 1981)(*per curiam*).  *Accord United States v. Saunders*, 641 F.2d 659, 663-64 n.1 (9th Cir. 1980).

Defendant Cole has not demonstrated the Opinion and Order is either clearly erroneous or contrary to law.  Accordingly, the Court adheres to Magistrate Judge Ashmanskas's March 2, 2006, Opinion and Order.

IT IS SO ORDERED.

DATED this 28th day of April, 2006.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

3 - OPINION AND ORDER